IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


ROGER D. HARRIS, JR.                                                              PLAINTIFF

v.                                    Case No. 4:25-cv-4012

SERGEANT ROYCE BENNETT                                                DEFENDANT


### ORDER

Before the Court is the Report and Recommendation filed June 24, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 43. Judge Singleton recommends that Defendant's Motion for Summary Judgment be granted and Plaintiff's claims dismissed with prejudice. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation (ECF No. 43) *in toto*. Accordingly, Defendant's Motion for Summary Judgment (ECF No. 27) is **GRANTED**, and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 17th day of July, 2026.


                                                    /s/ Susan O. Hickey
                                                    Susan O. Hickey
                                                    Senior United States District Judge